IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| De Jarous Bell,<br><br>    Plaintiff,<br><br>v.<br><br>American Credit Acceptance, LLC;<br>Healthcare Revenue Recovery Group, LLC;<br>Equifax Information Services, LLC; Experian Information Solutions, Inc.; and TransUnion, LLC.<br><br>    Defendants. | CA No.    3:21-cv-03824-MGL<br><br><br><br>**RULE 26.01 INTERROGATORIES** |

Plaintiff De Jarous Bell, pursuant to Local Civil Rule 26.01 DSC, respectfully submits the following answers to the Court's standard interrogatories.

**(A)** **State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

ANSWER: Plaintiff is not aware of any persons or legal entities who have a subrogation interest in the claims.

**(B)** **As to each claim, state whether it should be tried jury or non jury and why.**

ANSWER: Plaintiff is entitled to and hereby demands a trial by jury.

**(C)** **State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.**

ANSWER: Plaintiff is a natural person and not a publicly owned company.

1

**(D)  State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).**

ANSWER: The basis for asserting the claim in the division in which it is filed is that the acts and transactions giving rise to Plaintiff's action occurred in this State and this district, where Plaintiff resides in this State and this district, and where Defendant transacts business in this State and this district.

**(E)  Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide:**

**(1) a short caption and the full case number of the related action;**
**(2) an explanation of how the matters are related; and**
**(3) a statement of the status of the related action.**

ANSWER: This action is not related to any other matter.

DATED: November 22, 2021.

/s/ Aaron Kozloski
Aaron Kozloski DCID 9510
MCCARTHY LAW, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
*Attorney for Plaintiff*